IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00262-CR-W-HFS |
| | ) | |
| JEFFREY BLAKE GROSS | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on June 9, 2020, before Magistrate Judge Lajuana M. Counts, defendant executed a Plea Agreement. (Docs. 88-89). In a Report and Recommendation dated June 17, 2020, Judge Counts determined that the guilty plea to the lesser included charge contained within Count One of the Indictment charging defendant with a violation of 18 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 - that is, conspiracy to distribute heroin and methamphetamine, and Count Two of the Indictment charging defendant with a violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), (B)(i), (ii) and (h) – that is, conspiracy to commit money

laundering, was knowledgeable and voluntary and that the offenses were supported by an independent basis in fact containing each essential element of the offenses. (Doc. 90). The defendant also agreed to the forfeiture of property, which includes a money judgment to be entered against the defendant, as contained in the Indictment.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 90) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

SO ORDERED.

s/ HOWARD F. SACHS  
HOWARD F. SACHS  
UNITED STATES DISTRICT JUDGE

July 14, 2020
Kansas City, Missouri